In the Matter of the Application for Letters of Administration of the Goods, Chattels and Credits of NATALE MELITA, Deceased. JOSEPHINE MELITA, Appellant; CHARLES M. MILLER, Respondent.— On argument, matter referred to Hon. Joseph Morschauser, official referee, to take proof for the purpose of determining who is entitled to letters of administration and to report to this court with opinion; hearing to proceed on five days' notice. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Appointment of Hon. JOSEPH MORSCHAUSER as Official Referee.— Hon. Joseph Morschauser appointed official referee. Present — Lazansky, P. J., Young, Kapper, Hagarty, Carswell, Scudder, Tompkins and Davis, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Corporate Trustee, and M. ERNEST GREENBAUM, JR., as Individual Trustee, under Trust Mortgage Dated November 1, 1928, and First Supplemental Indenture Thereto, Dated November 12, 1928, of CLARK HENRY CORPORATION, and under Two Chattel Mortgages of CLARK HENRY CORPORATION, Dated April 14, 1930, and April 8, 1931, Respectively, Plaintiffs, Respondents, v. CLARK HENRY CORPORATION, Defendant, Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant. Intervention of LEE S. BUCKINGHAM, ALFRED J. STERN and WAYNE G. FAHNESTOCK, as a Committee, Petitioners, Appellants.— On argument, order denying petition for leave to intervene for purposes therein stated affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.